ALICIA MAUD BLISS, Appellant, *v.* GRACE F. WEST et al., Respondents.

(Argued March 10, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 12, 1890, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*F. H. Cowdrey* for appellant.

*G. A. Seixas* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

HENRY M. BURTIS, Respondent, *v.* JOHN CASSIDY, Appellant.

(Submitted March 10, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made October 29, 1890, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Joseph A. Burr, Jr.,* for appellant.

*Jacob Brenner* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.